IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JERONIMO WEBER, | § | |
| *Plaintiff,* | § | Civil Action No. 7:15-cv-00542 |
| | § | |
| V. | § | |
| | § | |
| STATE FARM LLOYDS, | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

### A.
### INTRODUCTION

1. Plaintiff is Jeronimo Weber; Defendant is State Farm Lloyds.

2. On October 30, 2015, Plaintiff sued Defendant. Defendant removed this case on December 17, 2015.

3. Plaintiff moves to dismiss this suit with prejudice.

4. Defendant, who has served an answer, agrees to the dismissal with prejudice.

5. This is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of this case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

10. Defendant has not filed a counterclaim.

Respectfully submitted,

The Degroot Law Firm, PLLC
3827 North 10th Street, Suite 304
McAllen, Texas 78501
T: (956) 627-2787
F: (956) 627-4363

By: _____
David Degroot
Federal ID No. 784421
State Bar No. 24044444
degroot@degrootlaw.org
**Attorney in Charge for**
**Plaintiff Jeronimo Weber**

COWEN & GARZA, LLP
506 E. Dove Avenue
McAllen, Texas 78504
T: (956) 994-9170
F: (956) 618-2324
sarah@cowengarza.com

By: _____
Sarah Pierce Cowen
Federal ID No. 7973
State Bar No. 15997480
**Attorney in Charge for**
**Defendant State Farm Lloyds**