IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JERONIMO WEBER, | § | |
|    *Plaintiff,* | § | Civil Action No. 7:15-cv-00542 |
| | § | |
| V. | § | |
| | § | |
| STATE FARM LLOYDS, | § | |
|    *Defendant*. | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' Stipulation of Dismissal With Prejudice, the Court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on _____, 2016 at McAllen, Texas.

_____
Ricardo H. Hinojosa
United States District Judge